

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2022

No. 04-21-00570-CR

Rueben Justin **TREJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-9333
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's brief was originally due on May 18, 2022. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to July 18, 2022. On July 15, 2022, appellant filed a motion requesting an additional extension of time to file the brief until August 15, 2022, for a total extension of eighty-nine days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by August 15, 2022. Counsel is advised that further requests for extensions of time will be disfavored.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court